STATE OF NEW JERSEY v. OSCAR SIMPSON.

July 1, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES GERALD HENDRY.

July 1, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN JOSEPH POLILLO.

July 1, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. JAY WILLIAM JOHNSTON.

July 1, 1970. Petition for certification denied.